**2100 B (12/15)**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 17-70523-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Michael T Sidelinger<br>233 B McLoyd Terrace<br>Du Bois PA 15801 | Wendy J. Sidelinger<br>233 B McLoyd Terrace<br>Du Bois PA 15801 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/24/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 12: Wells Fargo Bank, National Association, et.al., OCWEN LOAN SERVICING, LLC, Attn: Bankruptcy Department, P.O. BOX 24605, WEST PALM BEACH, FL, 33416-4605 | NATIONSTAR MORTGAGE LLC D/B/A<br>MR. COOPER<br>P.O. BOX 619096<br>DALLAS, TX 75261-9741 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    03/27/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-70523-JAD
Michael T Sidelinger                                                      Chapter 13
Wendy J. Sidelinger
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: aala          Page 1 of 1          Date Rcvd: Mar 25, 2020
                              Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2020.
14721825        Wells Fargo Bank, National Association, et.al.,    OCWEN LOAN SERVICING, LLC,
                Attn: Bankruptcy Department,    P.O. BOX 24605,    WEST PALM BEACH, FL, 33416-4605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2020 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor   U.S. Bank National Association as Trustee for NRZ
               Inventory Trust bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    Wells Fargo Bank, National Association et al
               pawb@fedphe.com
              Jodi L. Hause    on behalf of Creditor    U.S. Bank National Association as Trustee for NRZ
               Inventory Trust jodi.hause@phelanhallinan.com, pawb@fedphe.com
              Kenneth P. Seitz    on behalf of Joint Debtor Wendy J. Sidelinger thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Debtor Michael T Sidelinger thedebterasers@aol.com
              Mario J. Hanyon    on behalf of Creditor    Wells Fargo Bank, National Association et al
               pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas  Song    on behalf of Creditor    Wells Fargo Bank, National Association et al
               pawb@fedphe.com
                                                                                             TOTAL: 9