**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/05/2020

IN RE:

MICHAEL T SIDELINGER
WENDY J. SIDELINGER
233 B MCLOYD TERRACE
DUBOIS,  PA  15801
XXX-XX-0720          Debtor(s)

XXX-XX-0732

Case No.17-70523 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

   NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

   This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

   This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

   The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/5/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim | Credit Description |
|---|---|---|
| **THOMAS SONG ESQ**<br>PHELAN HALLINAN DIAMOND & JONES LLP<br>OMNI WILLIAM PENN OFFICE TOWER<br>555 GRANT ST STE 300<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WELLS FARGO BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CONSUMER PORTFOLIO SVCS/CPS**<br>POB 57071<br><br>IRVINE, CA  92619-7071 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PMT/PL*383x(36+2)=LMT | CRED DESC: VEHICLE<br>ACCOUNT NO.: 0167 |
| **NORTHWEST SAVINGS BANK\*\***<br>COLLECTIONS DEPT*<br>POB 337*<br>WARREN, PA  16365 | Trustee Claim Number: 3   INT %: 5.00%<br>Court Claim Number: 1<br>CLAIM: 4,996.76<br>COMMENT: $CL1GOV@MDF/PL*DKT!!*4951@5%MDF/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 7872 |
| **US BANK NA - TRUSTEE FOR NRZ INVENTORY T**<br>C/O NATIONSTAR MTG LLC dba MR. COOPER(*)<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 0.00<br>COMMENT: CL12GOV*PMT/DECLAR*186/PL@OCWEN*DKT4PMT-LMT*BGN 8/17*FR WF-DOC 55 | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 9806 |
| **APEX ASSET**<br>2501 OREGON PIKE STE 120<br><br>LANCASTER, PA  17601 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PENN HIGHLANDS DUBOIS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7111 |
| **APEX ASSET**<br>2501 OREGON PIKE STE 120<br><br>LANCASTER, PA  17601 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PENN HIGHLANDS DUBOIS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5925 |
| **BERKS CREDIT & COLLECTIONS INC\*++**<br>PO BOX 329<br><br>TEMPLE, PA  19560 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: UNIVERSITY ORTHOPEDICS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8692 |
| **BERKS CREDIT & COLLECTIONS INC\*++**<br>PO BOX 329<br><br>TEMPLE, PA  19560 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: UNIVERSITY ORTHOPEDICS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8690 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 484.93<br>COMMENT: CAP ONE/RCS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2490 |
| **CARSON SMITHFIELD LLC**<br>POB 9216<br><br>OLD BETHPAGE, NY  11804 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: MERRICK BANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0147 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Credit Info |
|---|---|---|
| **CBCS**<br>PO BOX 2724<br>COLUMBUS, OH 43216-2724 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PENN HIGHLANDS DUBOIS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6173 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 441.49<br>COMMENT: 51IT~CCS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2052 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 352.86<br>COMMENT: COMENITY/GAMESTOP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2871 |
| **DEBT RECOVERY SOLUTIONS LLC**<br>6800 JERICHO TURNPIKE STE 113E<br>SYOSSET, NY 11791 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: VERIZON/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7971 |
| **EAGLE ATLANTIC FINANCIAL SERVICES**<br>PO BOX 27601<br>SALT LAKE CITY, UT 84127 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CDL EDUCATION/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5381 |
| **FIRST NATIONAL COLLECTION++**<br>610 WALTHAM WAY<br>SPARKS, NV 89434 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DIRECTV/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0155 |
| **HOLIDAY FINANCIAL SERVICES**<br>POB 209<br>1800 DAISY ST EXT STE 350<br>CLEARFIELD, PA 16830 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: AUTO/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0708 |
| **HOLIDAY FINANCIAL SERVICES**<br>POB 209<br>1800 DAISY ST EXT STE 350<br>CLEARFIELD, PA 16830 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9009 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 867.62<br>COMMENT: 5003/SCH*FINGERHUT/BLUESTEM | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4623 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: VERIZON/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7003 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br>GREENVILLE, SC 29603-0368 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 798.55<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0147 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 834.05<br>COMMENT: 6458/SCH*SHERMAN/CREDIT ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7158 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 670.80<br>COMMENT: 5394/SCH*SHERMAN/CREDIT ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8408 |
| **NATIONAL RECOVERY AGENCY GROUP****<br>POB 67015<br>HARRISBURG, PA 17016-7015 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: 611 OPEN MRI/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2458 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 8,528.44<br>COMMENT: FR ONEMAIN-DOC 27 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9776 |
| **PENN HIGHLANDS DUBOIS**<br>1605 NORTH CEDAR CREST BLVD<br>STE 110B<br>ALLENTOWN, PA 18104 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: PHD1 |
| **SEVENTH AVENUE**<br>C/O CREDITORS BANKRUPTCY SVC*<br>PO BOX 800849<br>DALLAS, TX 75380 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 214.03<br>COMMENT: RMCB/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3570 |
| **DIRECTV (*) - TRUSTEE PAYMENTS**<br>PO BOX 5008<br>CAROL STREAM, IL 60197-5008 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 0155 |
| **FIRST PREMIER BANK**<br>POB 5114<br>SIOUX FALLS, SD 57117 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 1780 |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br>GREENVILLE, SC 29603-0368 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 0147 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **PENN HIGHLANDS DUBOIS**<br>1605 NORTH CEDAR CREST BLVD<br>STE 110B<br>ALLENTOWN, PA  18104 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **SEVENTH AVENUE**<br>1112 7TH AVE<br>MONROE, WI  53566 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.:  357O |
| **US BANK NA - TRUSTEE FOR NRZ INVENTORY T**<br>C/O NATIONSTAR MTG LLC dba MR. COOPER(*)<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:12<br>CLAIM:  731.27<br>COMMENT:  CL12GOV*450/PL@OCWEN*THRU 7/17*FR WF-DOC 55 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  9806 |
| **CONSUMER PORTFOLIO SVCS/CPS**<br>POB 57071<br>IRVINE, CA  92619-7071 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  400.00<br>COMMENT:  $PL*ARRS | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  0167 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:3<br>CLAIM:  2,105.51<br>COMMENT:  NT/SCH*FR PHEAA-DOC 33 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0720 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:36  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  US BANK/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |