2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 17-70523-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

Michael T Sidelinger  
233 B McLoyd Terrace  
Du Bois PA 15801

Wendy J. Sidelinger  
233 B McLoyd Terrace  
Du Bois PA 15801

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/20/2020.

Name and Address of Alleged Transferor(s):

Claim No. 12: NATIONSTAR MORTGAGE LLC D/B/A, MR. COOPER, P.O. BOX 619096, DALLAS, TX 75261-9741

Name and Address of Transferee:

Citibank, N.A.  
c/o Fay Servicing, LLC  
Bankruptcy Department  
PO Box 814609  
Dallas, TX 75381-4609

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/23/20

Michael R. Rhodes  
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-70523-JAD |
| Michael T Sidelinger | Chapter 13 |
| Wendy J. Sidelinger | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: aala | Page 1 of 2 |
| Date Rcvd: Oct 21, 2020 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 15222005 | + | NATIONSTAR MORTGAGE LLC D/B/A, MR. COOPER, P.O. BOX 619096, DALLAS, TX 75261-9096 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2020                Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association as Trustee for NRZ Inventory Trust bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Wells Fargo Bank  National Association et al pawb@fedphe.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Wendy J. Sidelinger thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Michael T Sidelinger thedebterasers@aol.com |
| Mario J. Hanyon | on behalf of Creditor Wells Fargo Bank  National Association et al pawb@fedphe.com |
| Office of the United States Trustee | |

District/off: 0315-7 | User: aala | Page 2 of 2
Date Rcvd: Oct 21, 2020 | Form ID: trc | Total Noticed: 1

| | |
|---|---|
| Ronda J. Winnecour | ustpregion03.pi.ecf@usdoj.gov |
| | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Wells Fargo Bank  National Association et al pawb@fedphe.com |
| Thomas Song | on behalf of Creditor U.S. Bank National Association as Trustee for NRZ Inventory Trust pawb@fedphe.com |

TOTAL: 9