2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 17-70523-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

Michael T Sidelinger
233 B McLoyd Terrace
Du Bois PA 15801

Wendy J. Sidelinger
233 B McLoyd Terrace
Du Bois PA 15801

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/14/2021.

Name and Address of Alleged Transferor(s):

Claim No. 12: Citibank, N.A., c/o Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609

Name and Address of Transferee:

U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee of New Residential Mortgage Loan Trust 2020-NPL2

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/16/21

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-70523-JAD |
| Michael T Sidelinger | Chapter 13 |
| Wendy J. Sidelinger | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: aala | Page 1 of 2 |
| Date Rcvd: Jan 14, 2021 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| 15301108 | Citibank, N.A., c/o Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 16, 2021        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association as Trustee for NRZ Inventory Trust bnicholas@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Wells Fargo Bank National Association et al pawb@fedphe.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Wendy J. Sidelinger thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Michael T Sidelinger thedebterasers@aol.com |
| Mario J. Hanyon | on behalf of Creditor Wells Fargo Bank National Association et al mario.hanyon@brockandscott.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

| District/off: 0315-7 | User: aala | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 14, 2021 | Form ID: trc | Total Noticed: 1 |

Thomas Song
        on behalf of Creditor Wells Fargo Bank  National Association et al pawb@fedphe.com

Thomas Song
        on behalf of Creditor U.S. Bank National Association as Trustee for NRZ Inventory Trust pawb@fedphe.com

TOTAL: 9