Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Michael T Sidelinger** | : | Case No. 17−70523−JAD |
| **Wendy J. Sidelinger** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Related To ECF No. 78 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 8th of April, 2021,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-70523-JAD |
| Michael T Sidelinger | Chapter 13 |
| Wendy J. Sidelinger | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: msch | Page 1 of 3 |
| Date Rcvd: Apr 08, 2021 | Form ID: 309 | Total Noticed: 41 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael T Sidelinger, Wendy J. Sidelinger, 233 B McLoyd Terrace, Du Bois, PA 15801-7709 |
| 14658132 | + | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 14658136 | | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 14658135 | + | Cason Smithfield, P.O. Box 9216, Old Bethpage, NY 11804-9016 |
| 15301108 | | Citibank, N.A., c/o Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 14658145 | + | Holiday Financial Serv, 1800 Daisy Street Ext St, Clearfield, PA 16830-3265 |
| 15222005 | + | NATIONSTAR MORTGAGE LLC D/B/A, MR. COOPER, P.O. BOX 619096, DALLAS, TX 75261-9096 |
| 14658151 | ++ | NORTHWEST SAVINGS BANK, P O BOX 337, WARREN PA 16365-0337 address filed with court:, Northwest Savings Bank, 100 Liberty St, Warren, PA 16365 |
| 14658152 | + | Ocwen Loan Servicing L, 12650 Ingenuity Dr, Orlando, FL 32826-2703 |
| 14677925 | + | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 14658155 | + | Penn Highlands DuBois, 1605 N. Cedar Crst Blvd Ste 110B, Allentown, PA 18104-2351 |
| 14658154 | | Penn Highlands DuBois, P.O. Box 3320, Indianapolis, IN 46206-3320 |
| 14721825 | | Wells Fargo Bank, National Association, et.al., OCWEN LOAN SERVICING, LLC, Attn: Bankruptcy Department, P.O. BOX 24605, WEST PALM BEACH, FL, 33416-4605 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Apr 09 2021 03:18:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14658133 | + | Email/Text: EBN_IndianapolisIMC@receivemoremp.com | Apr 09 2021 01:37:00 | Berks Credit & Coll, P.o. Box 329, Temple, PA 19560-0329 |
| 14658134 | + | EDI: CAPITALONE.COM | Apr 09 2021 03:18:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14658137 | + | EDI: PINNACLE.COM | Apr 09 2021 03:18:00 | Central Credit Services LLC, P.O. Box 1850, Saint Charles, MO 63302-1850 |
| 14658138 | + | EDI: WFNNB.COM | Apr 09 2021 03:18:00 | Comenitycap/gamestop, Po Box 182120, Columbus, OH 43218-2120 |
| 14658139 | + | Email/Text: bankruptcy@consumerportfolio.com | Apr 09 2021 01:36:00 | Consumer Portfolio Svc, Po Box 57071, Irvine, CA 92619-7071 |
| 14658141 | | EDI: DIRECTV.COM | Apr 09 2021 03:18:00 | DirecTV, P.O. Box 11732, Newark, NJ 07101 |
| 14816995 | | EDI: ECMC.COM | Apr 09 2021 03:18:00 | ECMC, po box 16408, St. Paul, MN 55116-0408 |
| 14658142 | | Email/Text: julie.sim@eagleatlanticfinancial.com | Apr 09 2021 01:37:00 | Eagle Atlantic Financial Services, P.O. Box 27601, Salt Lake City, UT 84127-0601 |

| District/off: 0315-7 | User: msch | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 08, 2021 | Form ID: 309 | Total Noticed: 41 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14658143 | + | Email/Text: bankruptcy@fncbinc.com | Apr 09 2021 01:36:00 | First National Collection Bureau, Inc., 610 Waltham Way, Sparks, NV 89437-6695 |
| 14658144 | + | EDI: AMINFOFP.COM | Apr 09 2021 03:18:00 | First Premier Bank, P.O. Box 5529, Sioux Falls, SD 57117-5529 |
| 14658146 |   | EDI: JEFFERSONCAP.COM | Apr 09 2021 03:18:00 | Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14701827 |   | EDI: JEFFERSONCAP.COM | Apr 09 2021 03:18:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14699351 |   | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 09 2021 01:51:15 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14711947 | + | EDI: MID8.COM | Apr 09 2021 03:18:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14658147 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 09 2021 01:53:09 | Merrick Bank, P.O. Box 30537, Tampa, FL 33630-3537 |
| 14658148 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 09 2021 01:53:09 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14658149 | + | EDI: MID8.COM | Apr 09 2021 03:18:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14658150 | + | Email/Text: Bankruptcies@nragroup.com | Apr 09 2021 01:37:00 | Natl Recover, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14671043 |   | EDI: AGFINANCE.COM | Apr 09 2021 03:18:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14658153 | + | EDI: AGFINANCE.COM | Apr 09 2021 03:18:00 | OneMain Financial, 280 Commons Drive, Du Bois, PA 15801-3808 |
| 14772793 |   | EDI: PRA.COM | Apr 09 2021 03:18:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14697581 |   | EDI: PRA.COM | Apr 09 2021 03:18:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14702028 | + | EDI: JEFFERSONCAP.COM | Apr 09 2021 03:18:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14721105 |   | EDI: Q3G.COM | Apr 09 2021 03:18:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14658156 | + | EDI: RMCB.COM | Apr 09 2021 03:18:00 | Retrieval-Masters Creditors Bureau, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 14681159 | + | EDI: CBS7AVE | Apr 09 2021 03:18:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14658157 | + | EDI: CBS7AVE | Apr 09 2021 03:18:00 | Seventh Avenue, 1112 7th Avenue, Monroe, WI 53566-1364 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |   | Citibank, N.A., |
| cr |   | U.S Bank Trust National Association ,nit in it ind |
| cr |   | U.S. Bank National Association as Trustee for NRZ |
| cr |   | Wells Fargo Bank, National Association et al |
| 15329553 |   | U.S. Bank Trust National Association, not, in its individual capacity but solely as, Owner Trustee of New Residential, Mortgage Loan Trust 2020-NPL2 |

District/off: 0315-7 User: msch Page 3 of 3
Date Rcvd: Apr 08, 2021 Form ID: 309 Total Noticed: 41

| | | |
|---|---|---|
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 14712716 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14658140 | ##+ | Debt Recovery Solution, 900 Merchants Concourse, Westbury, NY 11590-5121 |

TOTAL: 5 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2021                Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2021 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas
     on behalf of Creditor U.S. Bank National Association as Trustee for NRZ Inventory Trust bnicholas@kmllawgroup.com

Jerome B. Blank
     on behalf of Creditor Wells Fargo Bank  National Association et al pawb@fedphe.com

Kenneth P. Seitz
     on behalf of Joint Debtor Wendy J. Sidelinger thedebterasers@aol.com

Kenneth P. Seitz
     on behalf of Debtor Michael T Sidelinger thedebterasers@aol.com

Mario J. Hanyon
     on behalf of Creditor Wells Fargo Bank  National Association et al wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Office of the United States Trustee
     ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
     cmecf@chapter13trusteewdpa.com

Thomas Song
     on behalf of Creditor U.S. Bank National Association as Trustee for NRZ Inventory Trust pawb@fedphe.com

Thomas Song
     on behalf of Creditor Wells Fargo Bank  National Association et al pawb@fedphe.com

TOTAL: 9