**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

MICHAEL T SIDELINGER
WENDY J. SIDELINGER
    Debtor(s)

Case No.:17-70523 JAD

Ronda J. Winnecour
    Movant
    vs.
No Respondents.

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/12/2017 and confirmed on 08/18/2017. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 31,615.10 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 31,615.10 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,599.87 | |
|    Trustee Fee | 1,497.85 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,097.72 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK TRUST NA - OWNER TRUSTEE E | 0.00 | 6,526.47 | 0.00 | 6,526.47 |
|    Acct: 9640 | | | | |
| US BANK TRUST NA - OWNER TRUSTEE E | 731.27 | 0.00 | 0.00 | 0.00 |
|    Acct: 9640 | | | | |
| CONSUMER PORTFOLIO SVCS/CPS | 0.00 | 14,634.46 | 0.00 | 14,634.46 |
|    Acct: 0167 | | | | |
| NORTHWEST SAVINGS BANK** | 4,996.76 | 4,884.81 | 471.64 | 5,356.45 |
|    Acct: 7872 | | | | |
| CONSUMER PORTFOLIO SVCS/CPS | 400.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 0167 | | | | |
| | | | | 26,517.38 |
| **Priority** | | | | |
| KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| MICHAEL T SIDELINGER | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| KENNETH P SEITZ ESQ | 3,619.00 | 3,599.87 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| APEX ASSET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7111 | | | | |
| APEX ASSET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5925 | | | | |
| BERKS CREDIT & COLLECTIONS INC*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8692 | | | | |
| BERKS CREDIT & COLLECTIONS INC*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8690 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 484.93 | 0.00 | 0.00 | 0.00 |
| Acct: 2490 | | | | |
| CARSON SMITHFIELD LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0147 | | | | |
| CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6173 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C/ | 441.49 | 0.00 | 0.00 | 0.00 |
| Acct: 2052 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FUI | 352.86 | 0.00 | 0.00 | 0.00 |
| Acct: 2871 | | | | |
| DEBT RECOVERY SOLUTIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7971 | | | | |
| EAGLE ATLANTIC FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5381 | | | | |
| FIRST NATIONAL COLLECTION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0155 | | | | |
| HOLIDAY FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0708 | | | | |
| HOLIDAY FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9009 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 867.62 | 0.00 | 0.00 | 0.00 |
| Acct: 4623 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7003 | | | | |
| MERRICK BANK | 798.55 | 0.00 | 0.00 | 0.00 |
| Acct: 0147 | | | | |
| MIDLAND FUNDING LLC | 834.05 | 0.00 | 0.00 | 0.00 |
| Acct: 7158 | | | | |
| MIDLAND FUNDING LLC | 670.80 | 0.00 | 0.00 | 0.00 |
| Acct: 8408 | | | | |
| NATIONAL RECOVERY AGENCY GROUP** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2458 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - / | 8,528.44 | 0.00 | 0.00 | 0.00 |
| Acct: 9776 | | | | |
| PENN HIGHLANDS DUBOIS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: PHD1 | | | | |
| SEVENTH AVENUE | 214.03 | 0.00 | 0.00 | 0.00 |
| Acct: 3570 | | | | |
| ECMC(*) | 2,105.51 | 0.00 | 0.00 | 0.00 |
| Acct: 0720 | | | | |
| PHELAN HALLINAN DIAMOND & JONES LLI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DIRECTV (*) - TRUSTEE PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0155 | | | | |

| 17-70523 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|    FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 1780 | | | | |
|    MERRICK BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 0147 | | | | |
|    PENN HIGHLANDS DUBOIS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|    SEVENTH AVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 357O | | | | |

\*\*\*N O N E\*\*\*

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 26,517.38 |

TOTAL CLAIMED
PRIORITY          0.00
SECURED       6,128.03
UNSECURED    15,298.28

Date: 04/30/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com